114 F.3d 1171
 Eileen DePasquale, Joseph DePasquale, Margaret A. Metzler,
Leo A. Metzler, Robert A. Morrissey, Marry P.
Morrissey, Larry Lewis, Pat Lewis, Kim
McLarin, Janet Giffear, Esther
Thoroughgood
v.
International Business Machines Corp., Atex, Inc., Eastman
Kodak Company; Eileen DePasquale, Joseph DePasquale,
Margaret A. Metzler, Leo A. Metzler, Robert A. Morrissey,
Marry P. Morrissey, Larry Lewis, Pat Lewis, Kim McLarin,
Janet Giffear, Esther Thoroughgood v. International Business
 NOS. 96-1559, 96-1594
 United States Court of Appeals,
Third Circuit.
 Apr 15, 1997
 Appeal From: E.D.Pa. ,No.94-03058
 
 1
 Affirmed.